# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 12, 2023

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

        Re: Case No. 22-1075/22-1131, *Marvin Gerber, et al v. Henry Herskovitz, et al*
            Originating Case No. : 2:19-cv-13726

Dear Ms. Essix:

  Enclosed is a copy of the mandate filed in this case.

                                  Sincerely yours,

                                  s/Patricia J. Elder, Senior Case Manager
                                   for Sharday Swain, Case Manager

cc: Mr. Brian M. Akkashian
    Ms. Cynthia Heenan
    Mr. Nathan Lewin
    Mr. John A. Shea
    Mr. Marc M. Susselman
    Mr. Alec M. Torigian

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 22-1075/22-1131

_____

Filed: April 12, 2023

MARVIN GERBER [22-1097, 22-1131]

DOCTOR MIRIAM BRYSK [21-1075, 22-1131]

      Plaintiffs - Appellants Cross-Appellees

v.

HENRY HERSKOVITZ; GLORIA HARB; TOM SAFFOLD; RUDY LIST; CHRIS MARK

      Defendants - Appellees Cross-Appellants

and

CITY OF ANN ARBOR, MI; CHRISTOPHER M. TAYLOR; DEREK DELACOURT; STEPHEN K. POSTEMA; KRISTEN D. LARCOM; DEIR YASSIN REMEMBERED, INC.; JEWISH WITNESSES FOR PEACE AND FRIENDS

      Defendants

## MANDATE

  Pursuant to the court's disposition that was filed 02/22/2023 the mandate for this case hereby issues today.

 COSTS: None